**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINA**
**RICHMOND DIVISION**

**In re**

                                                  **Case No. 09-30461-DOT**

**GREGORY, ALGIE M. and LISA C.**            **Chapter 7**

                    **Debtors**

### REPORT OF DEPOSIT OF SMALL DIVIDENDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of the Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The small dividends represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Recovery Management Systems Corporation | $4.46 |
| For GE Money Bank | |
| 25 SE 2nd Avenue, Suite 1120 | |
| Miami, FL  33131 | |

Dated: December 2, 2009                             /s/ Lynn L. Tavenner

                                                 Lynn L. Tavenner, Trustee
                                                 20 North Eighth Street, Second Floor
                                                 Richmond, VA  23219
                                                 (804) 783-8300

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Report of Deposit of Small Dividends was electronically served or mailed to the Office of the United States Trustee on August 31, 2009

                                         /s/ Lynn L. Tavenner
                                         Lynn L. Tavenner